# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700056

_____

## UNITED STATES OF AMERICA
Appellee

v.

## PHILLIP N. WESTON
Electronics Technician (Nuclear Power)
Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commanding Officer, Naval Nuclear Power
Training Unit, Goose Creek, SC.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Malachy J. Soller, JAGC, USN.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 23 May 2017

_____

Before CAMPBELL, HUTCHISON, and GROHARING, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court